**CITY OF COLUMBIA,
Missouri, Respondent,**

v.

**Fred W. OVERTON, Appellant.**

**No. WD 42810.**

Missouri Court of Appeals,
Western District.

July 24, 1990.

F. Cullen Cline, Columbia, for appellant.

Susan G. Crigler, Columbia, for respondent.

Before TURNAGE, P.J., and MANFORD and BERREY, JJ.

### ORDER

PER CURIUM:

Direct appeal from an order dismissing the appellant's exceptions to the Condemnation Commissioner's Report because the exceptions were not filed within the ten-day period required by Rule 86.08.

Judgment affirmed. Rule 84.16(b).

**Norman Lee REED, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42716.**

Missouri Court of Appeals,
Western District.

July 24, 1990.

Ellen H. Flottman, Columbia, for appellant.

William L. Webster, Atty. Gen., Robert P. Sass, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and KENNEDY and ULRICH, JJ.

### ORDER

PER CURIAM.

Movant appeals from denial, after evidentiary hearing, of Rule 27.26 (repealed) motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).